RECEIVED
IN CLERK'S OFFICE
SEP 1 2 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE United States 18th DISTRICT OF TENNESSEE
Middle DIVISION

James Renfro _____ Name )
) (List the names of all the plaintiffs
Prison Id. No. 71107 ) filing this lawsuit. Do not use "et
) al." Attach additional sheets if
_____ Name ) necessary.
)
Prison Id. No. _____ ) Civil Action No. _____
) (To be assigned by the Clerk's
) office. Do not write in this space.)
Plaintiff(s) )
)
) Jury Trial ☐ Yes ☐ No
v. )
)
Sonya Troutt _____ Name )
) (List the names of all defendants
Doug Canter _____ Name ) against whom you are filing this
) lawsuit. Do not use "et al." Attach
Defendant(s) ) additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes  ☑ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs N/A _____

Defendants _____

2. In what court did you file the previous lawsuit? __N/A__

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? __N/A__

4. What was the Judge's name to whom the case was assigned? __N/A__

5. When did you file the previous lawsuit? __N/A__ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? __N/A__

7. When was the previous lawsuit decided by the court? __N/A__ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

    __N/A__

    ☐ Yes ☐ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? __Sumner County Jail 117 West Smith St. Gallatin Tn 37066__

B. Are the facts of your lawsuit related to your present confinement?

    ☑ Yes ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

    __N/A__

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

    ☐ Yes ☑ No

If you checked the box marked "No," proceed to question II.H.

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes  ☐ No  N/A

F.  If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? N/A

2. What was the response of prison authorities? N/A

G.  If you checked the box marked "No" in question II.E above, explain why not. N/A

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes  ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes  ☐ No

J.  If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? Grievance and request

2. What was the response of the authorities who run the detention facility? No response, can't get a response

L.  If you checked the box marked "No" in question II.I above, explain why not. N/A

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III.  PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: James Renfro

Prison Id. No. of the first plaintiff: 71107

Address of the first plaintiff: Sumner County Jail 117 West smith st. Gallatin, Tn. 37066

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: N/A

Prison Id. No. of the second plaintiff: N/A

Address of the second plaintiff: N/A

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Sonya Troutt

   Place of employment of the first defendant: Sumner County Jail

   The first defendant's address: 117 West smith st. Gallatin Tn 37066

   Named in official capacity?        ☑ Yes    ☐ No
   Named in individual capacity"      ☑ Yes    ☐ No

2. Name of the second defendant: Doug Lanter

   Place of employment of the second defendant: Sumner County Jail

   The second defendant's address: 117 West Smith st. Gallatin, Tn 37066

   Named in official capacity?        ☐ Yes    ☐ No
   Named in individual capacity"      ☑ Yes    ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

Defendant #3
Sonny Weatherford Sheriff
117 West Smith St.
Gallatin, Tn. 37066

official Capacity

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

1. On or about Aug. 02 2011. I was moved from Cell 311 to a cell that doesn't have a bed or shelves, cell 112. Orders from Sonya Troutt.

2. Capt. Canter ordered the Sprinkler Heads to be removed from Cell 112, he states he ordered 30 min visuals to be done on me but that only occurs presistantly on 3rd shift 1st and 2nd shift do not always do 30 minute visual therefore endangering my life. This cell block is monitered by cameras which will varify my alligations that the officers are not doing visual

3. On or about Aug. 14 2011 I have been made to take showers while in handcuffs and shackles endangering my safety.

4. On or about Aug 14 2011 I have been given my food without spork. Having to eat all food with my hands. All I been getting is food that I can eat with my hand therefore endangering my health due to lack of proper diet.

5. I been Kept in this cell with bugs and spiders crawling around on me since Aug 2nd 2011 The Jail has sprayed but they are still here.

6. Can't get proper response from Grievance or Request to file any paper work properly. Almost never get replys the only physical evidence I have at the time is these bugs im sending with this complaint. I Fear the Administration will destroy evidence if they Know I have it.

7. Having to drink out of unsanitary cooler. Reported to staff by request. Problems Keep occuring.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Not to be allowed to do this to anyone else (Sonya Troutt)
B. not be allowed to do this to anyone else (Doug Canter)
C. If what has been happening to me is Sheriff Dept policy, change it!
D. Medical treatment for the physical and mental problems this has caused
E. Want to be compensated for mental and physical anguish this has caused
F. I request a jury trial.  ☑ Yes   ☐ No



Witness to my Complaints

Officer Dwanger    Witnessed bugs in my cell
Officer Byrd       Witnessed bugs
Officer Roth       Witnessed bugs and shower in cuffs
Officer DerKearmian Witnessed bugs and shower in handcuffs

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: *James K Renfro*     Date: 9-3-11

Prison Id. No. 71107

Address: 117 West Smith St. Gallatin Tn 37066

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

<u>ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT</u>, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

<u>ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*</u>, if not paying the civil filing fee.

<u>SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER</u>. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

James Renfro #71107
117 Street Smith Street
Gallatin, TN 37066



Mail sent from SUMNER COUNTY JAIL is not inspected or censored. We are not responsible for contents of this letter.

RECEIVED
IN CLERK'S OFFICE
SEP 12 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Office of the Clerk
United States District Court
801 Broadway, Suite 800
Nashville, TN 37203